In the Matter of GENERAL GAS & ELECTRIC CORPORATION.

GENERAL GAS & ELECTRIC CORPORATION, Appellant, v. UNITED STATES of America, Appellee.

No. 209.

Circuit Court of Appeals, Second Circuit.

Nov. 18, 1935.

Thomas J. Todarelli, of New York City, for appellant.

F. W. H. Adams, U. S. Atty., of New York City (James V. Hayes and Francis A. Mahony, Asst. U. S. Attys., and Craigh Leonard, Sp. Asst. U. S. Atty., all of New York City, of counsel), for the United States.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Order affirmed.

Harry O. GLASSER v. A. C. ALEXANDER, Collector of Internal Revenue.

No. 1237.

Circuit Court of Appeals, Tenth Circuit.

Oct. 8, 1935.

For opinion below, see 8 F.Supp. 197.

Paul Edwards, of Enid, Okl., for appellant.

William C. Lewis, U. S. Atty., of Oklahoma City, Okl., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed, on motion of appellant.

In the Matter of GORDON'S DRESS SHOP, Bankrupt.

Samuel R. GORDON v. SCHMIDT.

No. 5411.

Circuit Court of Appeals, Seventh Circuit.

Oct. 10, 1935.

Ninian H. Welch and Sol A. Hoffman, both of Chicago, Ill., and Henry W. Gottschalk, of Milwaukee, Wis., for appellant.

Nathan M. Stein and L. L. Rieselbach, both of Milwaukee, Wis., for appellee.

Before EVANS and SPARKS, Circuit Judges, and BRIGGLE, District Judge.

PER CURIAM.

Now this day come the parties by their counsel, and this cause now comes on to be heard on the printed record and briefs of counsel and on oral argument by Mr. Maurice L. Davis, counsel for appellants, counsel for appellee present and not making an oral argument.

On consideration whereof, it is now here ordered, adjudged, and decreed by this court that the order or decree of the District Court of the United States for the Eastern District of Wisconsin in this cause, appealed from, be, and the same is hereby, affirmed with costs. It is further ordered that the mandate of this court issue forthwith.